UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ROBERT MORRIS**                                                        **PETITIONER**

v.                                                       **CIVIL ACTION NO. 3:11CV-P211-R**

**JACK CONWAY**                                                      **RESPONDENT**

**OPINION**

Upon filing the instant habeas action, Petitioner Robert Morris, a *pro se* prisoner, assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Opinion and Order entered September 15, 2011, the Court ordered Petitioner to show cause why his petition should not be dismissed as time-barred. On October 3, 2011, the copy of the Opinion and Order sent to Petitioner at the Kentucky State Reformatory was returned to the Court by the United States Postal Service marked "Return to Sender, Not Deliverable As Addressed, Unable to Forward."

Apparently, Petitioner is no longer incarcerated at his address of record, and because he has not provided any forwarding address to the Court, neither notices from this Court nor filings by Respondent can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Petitioner has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc:     Petitioner, *pro se*
4413.005